UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| RONALD ROSS | DOCKET NO. 6:22-CV-06184 |
| VERSUS | JUDGE DAVID C. JOSEPH |
| WARDEN | MAGISTRATE JUDGE DAVID J. AYO |

## JUDGMENT

For the reasons stated in the REPORT AND RECOMMENDATION (the "R & R") of the Magistrate Judge previously filed herein [Doc. 8], determining that the findings are correct under the applicable law, and noting the absence of objections to the REPORT AND RECOMMENDATION in the record;

IT IS ORDERED that Plaintiff's PETITION FOR WRIT OF HABEAS CORPUS [Doc. 4] be DISMISSED WITHOUT PREJUDICE.

THUS, DONE AND SIGNED in Chambers on the 25th day of May 2023.

_____
DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE